**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andrea Wilkerson, | No. CV-21-01427-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| Healthcare Support Staffing Incorporated, et al., | |
| Defendants. | |

Pending before the Court in this Fair Labor Standards Act ("FLSA") case is Plaintiff's Unopposed Motion to Approve Confidential Settlement and Release Agreement and Dismiss with Prejudice. (Doc. 74). No collective has been certified and there are no opt-in plaintiffs remaining in this case. (*See* Docs. 68 at 19; 69; 74 at 3).

The parties have reached a settlement resolving all of Plaintiff's claims in this case and have submitted their agreement for court approval. The Court normally does not rule on a private settlement negotiated between parties. But "FLSA claims may not be settled without approval of either the Secretary of Labor or a district court." *Seminiano v. Xyris Enter.*, 602 Fed. App'x 682, 682 (9th Cir. 2015); *see Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). The parties to an FLSA case must therefore seek approval of their settlement agreement to ensure its enforceability. *Bogor v. Am. Pony Express, Inc.*, 2011 WL 13091957, at *1 (D. Ariz. May 24, 2011) (citations omitted). Lacking Ninth Circuit guidance, district courts in this circuit typically apply the Eleventh Circuit's standard in considering whether to approve FLSA settlement agreements.

*Quintana v. HealthPlanOne LLC*, 2019 WL 3342339 (D. Ariz. July 25, 2019). Under this standard a settlement agreement should be approved if it "is a fair and reasonable res[o]lution of a bona fide dispute." *Lynn's Food Stores Inc.*, 679 F.2d at 1355.

The Court has reviewed the proposed settlement agreement (Doc. 74-1). Based on this review and for the reasons set out in Plaintiff's unopposed motion, (Doc. 74), the Court finds the agreement reflects a fair and reasonable resolution of a bona fide dispute. The Court will approve the settlement agreement.

Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Approve Confidential Settlement and Release Agreement (Doc. 74) is GRANTED. The settlement agreement is approved. The parties shall consummate and implement the settlement agreement in accordance with its terms immediately.

**IT IS FURTHER ORDERED** dismissing the action and all claims asserted by Plaintiff Andrea Wilkerson against Defendants with prejudice, each party to bear their own fees and costs, except as otherwise provided under the terms of the settlement agreement.

**IT IS FINALLY ORDERED** that the Clerk of Court shall enter judgment accordingly and terminate this action.

Dated this 6th day of April, 2023.

James A. Teilborg
Senior United States District Judge