# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andrea Wilkerson,<br><br>    Plaintiff,<br><br>v.<br><br>Walgreens Specialty Pharmacy LLC, et al.,<br><br>    Defendants. | NO. CV-21-01427-PHX-JAT<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed April 6, 2023, judgment of dismissal is entered. All claims asserted by Plaintiff Andrea Wilkerson against Defendants are dismissed with prejudice.

Debra D. Lucas
District Court Executive/Clerk of Court

April 6, 2023

By    s/ S. Ferdig
      Deputy Clerk